**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Securities and Exchange Commission,<br><br>  Plaintiffs,<br><br>v.<br><br>Ronald Stephen Holt, et al.,<br><br>  Defendants. | No. CV 03-1825-PHX-PGR<br><br>**ORDER**<br><br>Related Cases:<br>No. CV 03-1826-PHX-PGR<br>No. CV 03-1302-PHX-PGR |

The Court is in receipt of the parties' Proposed Agreed Judgment as to Defendant Ronald Holt in the above referenced matter. However, the document is missing the necessary signatures; therefore, the Court will not enter the Agreed Judgment in its current posture. The parties are ordered to promptly submit a hard copy of the document to Chambers with the necessary signatures and the Court will then sign and enter the proposed judgment.

IT IS FURTHER ORDERED that the Contempt Hearing currently scheduled in this matter for Monday, July 31, 2006 at 2:30 PM is hereby VACATED and RESET for Monday, August 21, 2006 at 1:30 PM.

DATED this 17th day of July, 2006.

Paul G. Rosenblatt
United States District Judge