IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Securities Exchange Commission, | ) | No. CV 03-1825-PHX-PGR |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | **ORDER RE: PETITION NO. 17** |
| Ronald Stephen Holt, et al., | ) | |
| Defendants. | ) | |

The Receiver's Petition No. 17, Petition for Order Approving Fees and Costs Incurred by the Receiver; Guttilla & Murphy P.C.; and A & A Investigations, LLC; having been filed with the Court and all parties entitled to notice having been notified by service of the Petition in accordance with this Court's Order Re: Petition No. 2, and it appearing to the Court that the fees and expenses are reasonable and appropriate:

IT IS ORDERED approving the fees and expenses requested in the Receiver's Petition No. 23 (Doc. 264).

DATED this 30th day of September, 2006.

_____
Paul G. Rosenblatt
United States District Judge