1
2
3
4
5
6
IN THE UNITED STATES DISTRICT COURT
7
FOR THE DISTRICT OF ARIZONA
8
9   Securities Exchange Commission,        )
                                            )        No. CV 03-1825-PHX-PGR
10          Plaintiffs,                     )
                                            )
11  v.                                      )
                                            )
12                                          )   **ORDER RE: PETITION NO. 21**
    Ronald Stephen Holt, et al.,            )
13                                          )
            Defendants.                     )
14  ────────────────────────────────────   )

15          The Receiver's Petition No. 17, Petition for Order Approving Fees and Costs Incurred
16  by the Receiver; Guttilla & Murphy P.C.; and A & A Investigations, LLC; having been filed
17  with the Court and all parties entitled to notice having been notified by service of the Petition
18  in accordance with this Court's Order Re: Petition No. 2, and it appearing to the Court that
19  the fees and expenses are reasonable and appropriate:
20          IT IS ORDERED approving the fees and expenses requested in the Receiver's Petition
21  No. 21 (Doc. 264) covering the period of September 18, 2003 through June 30, 2005.
22          DATED this 30th day of September, 2006.
23
24
25                                            _____
                                              Paul G. Rosenblatt
26                                            United States District Judge
27
28