WO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Securities and Exchange Commission,<br><br>    Plaintiff,<br><br>  vs.<br><br>Ronald Stephen Holt; and International Funding Association,<br><br>    Defendants,<br><br>and<br><br>Annette Holt; American Assets Limited Trust; Leonora Street Trust; Dover Childrens Trust; Clarendon Avenue Holding Trust; Dublin Holding Trust; Jeffery Williams (aka Jeffrey Williams); Mari Ann Alston; Pacific Central Asset Management; and American Benefit Card Services, Inc.<br><br>    Defendants Solely for Purposes of Equitable Relief. | Cause No. CV 03-1825 PHX PGR<br><br>ORDER<br><br>RE: PETITION NO. 24 |

    The Receiver's Petition No. 24, Petition for Instructions Regarding Property Located at 10620 North 84th Street, Scottsdale, Arizona, having been filed with the Court and all parties and interested persons entitled to notice having been notified by mail of the Petition in accordance with this Court's Order Re: Petition No. 2, and the Court having considered

the Response to Petition No. 24 and Motion for Release of Property filed by Barry Jordan, and the Court having considered that additional evidence and oral argument before the Court on January 9, 2007:

NOW THEREFORE, IT IS ORDERED that:

1. Barry Jordan shall within ten (10) days of the entry of this Order vacate the single family residence located at 10620 N. 84th Street, Scottsdale, Arizona (hereafter the "Property"); and

2. The Receiver shall secure and prepare the Property for sale, and market and sell the Property in accordance with the procedures set forth in this Court's Order Approving Procedures for the Sale of Real Property Re: Petition No. 10 (Doc. #184) and apply the sale proceeds to pay (a) the existing encumbrances, including any secured obligations to the Sellers, (b) all costs of the sale and associated with Petition No. 24 incurred by the Receiver, (c) the amount of court ordered child support payments due and owing by Barry Jordan for the support of his children, and (d) the remaining balance in equal shares to the children of Barry Jordan, Barry T. Jordan Jr. and Geoffrey Jordan.

IT IS FURTHER ORDERED that pursuant to Rule 54(b), Fed.R.Civ.P., the Court makes the express determination that there is no just reason for delay and makes the express determination directing entry of this Order at this time as a final judgment.

DATED this 6th day of February, 2007.

_____
Paul G. Rosenblatt
United States District Judge