**Guttilla Murphy Anderson**
Ariz. Firm No. 00133300
**Patrick M. Murphy** (Ariz. No. 002964)
City North
5415 E. High St., Suite 200
Phoenix, Arizona 85054
Email: pmurphy@gamlaw.com
Phone: (480) 304-8300
Fax: (480) 304-8301

Attorneys for the Receiver

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Securities and Exchange Commission,<br>　　Plaintiff,<br>vs.<br>Ronald Stephen Holt; and International Funding Association,<br>　　Defendants,<br>and<br>Annette Holt; American Assets Limited Trust; Leonora Street Trust; Dover Childrens Trust; Clarendon Avenue Holding Trust; Dublin Holding Trust; Jeffery Williams (aka Jeffrey Williams); Mari Ann Alston; Pacific Central Asset Management; and American Benefit Card Services, Inc.<br>　　Defendants Solely for<br>　　Purposes of Equitable Relief. | Cause No. CV 03-1825 PHX PGR<br><br>RECEIVER'S STATUS REPORT |

The Court has scheduled a status hearing in this receivership for September 28, 2010 at 11:30 A.M. and in an effort to assist the Court and the parties, the Receiver hereby files the following brief status report.

**Background**

1. On September 18, 2003, the Court entered in this action ("SEC Action") its *Order Appointing Receiver*, which appointed Lawrence J. Warfield as Receiver of Ronald Stephen Holt, International Funding Association and the Relief Defendants.

2. In a related action, on September 18, 2003 the Commodities Futures Trading Commission ("CFTC") filed suit in the United States District Court for the District of Arizona, entitled *Commodities Futures Trading Commission v. International Funding Association etc*, cause number CV 03-1826 PHX PGR ("CFTC Action"). Named as defendants in the CFTC Action were International Funding Association, Ronald Stephen Holt, Cambridge Global Group, and Global Management Group. In the CFTC Action the Court, on oral motion of the CFTC, appointed Lawrence Warfield as receiver in that action, of International Funding Association and the other defendants ("CFTC Receivership Order"). On October 20, 2004, the Court entered its *Order Re: Petition No. 3*, which, among other things, consolidated under this action the administration of the receiverships established in the SEC Action and the CFTC Action.

3. The orders appointing the Receiver in the SEC Action and the CFTC Action are referred to hereafter as the "Receivership Order."

**Receiver's Bond**

4. In accordance with the Receivership Order, the Receiver filed his bond in the amount of $10,000 on September 24, 2003 and the bond remains in force.

## 84th Street Property

5. This residential property is an asset held in trust for the children of Barry Jordan. Jordan's attempt to recover this property for himself resulted in extensive litigation before this Court and an appeal to the Ninth Circuit Court of Appeals. That litigation has concluded and the Receiver has, for the past several years, been attempting to market and sell this property. Several contracts on the property have failed to close. See the Receiver's *Petition No. 32* (Doc. # 385) and *Petition No. 34* (Doc. # 400) for a description of the Receiver's efforts to repair, market and sell the property. In the most recent sale approved by the Court, Jordan's harassment of the buyer resulted in the buyer backing out of the sale. See *Notice of Cancellation of Sale Re: Petition No. 34* (Doc. # 404).

6. The Receivership estate has a substantial claim to the equity in this property for its expenses incurred in preserving and protecting the property and it appears that this claim may now exceed the equity in the Property, assuming a net liquidation value of the Property in the low $400,000.

| | |
|---|---|
| Principal balance of 1st Deed of Trust | $256,207 |
| Receiver's expenses for repairs, maint. & debt service | $185,440 |
| | $441,440 |

## Accounting Reports

7. Attached as Exhibit 1 are balance sheet reports showing the financial position of the receivership as of December 31, 2009 and as of August 31, 2010.

8. Attached as Exhibit 2 are profit and loss statements showing the financial activity of the receivership estate for the calendar year ending December 31, 2009, and for the period of January 1, 2010 through August 31, 2010.

9. In 2010, the Receiver received for distribution to victims the sum of $110,765.67 from the CFTC as a partial recovery on the CFTC's judgment in the CFTC Action. The CFTC does not anticipate any further recoveries and, therefore, upon the sale of the 84th Street Property, there are no further material sources of recovery available in this case. Accordingly, the Receiver plans on completing the claims process as outlined below and, upon approval of the Court, making a final distribution on approved claims in the first half of 2011.

**Claims**

10. After the sale of the 84th Street Property, the only other remaining project to complete in this case is adjudication of the claims and distribution of the available proceeds. The Receiver anticipates this process will take no more than 180 days and that in the first half of 2011, the Receiver should be in a position to make a final distribution to claimants and close this receivership.

11. The completion of the claims process will require the Court to set a claims bar date, approve the types of notification to be given to claimants, and approve the claims filed with the Receiver. A petition to obtain these orders will be filed in the next 60 days.

Respectfully submitted this 27th day of September, 2010.

           GUTTILLA & MURPHY, PC

           s/Patrick M. Murphy
           Patrick M. Murphy
           Attorneys for the Receiver

## PROOF OF SERVICE

This is to certify that on this 27th day of September, 2010, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on the attached Master Service List; and that the persons on the attached Master Service List who are not registered participants of the CM/ECF System have been served with a copy of the foregoing document by first class mail this date.

           s/Patrick M. Murphy
           Patrick M. Murphy

0835-001(99466)

PM
'/10
ual Basis

# International Funding Association Receivership
## Balance Sheet
### As of December 31, 2009

|  | Dec 31, 09 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1000 · Chase MM # 365 | 260,490.22 |
| 1001 · Chase CK #366 | 3,649.20 |
| 1004 · JPMorgan Chase Bank #367 | 15,105.37 |
| **Total Checking/Savings** | 279,244.79 |
| **Total Current Assets** | 279,244.79 |
| **Fixed Assets** | |
| 1500 · Net Real Estate - 84th Street | 375,000.00 |
| **Total Fixed Assets** | 375,000.00 |
| **TOTAL ASSETS** | **654,244.79** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Long Term Liabilities** | |
| 2500 · Loan - Wachovia - 84th Street | 260,758.56 |
| **Total Long Term Liabilities** | 260,758.56 |
| **Total Liabilities** | 260,758.56 |
| **Equity** | |
| 3000 · Opening Bal Equity | 114,241.44 |
| 3010 · Retained Earnings | 442,285.96 |
| Net Income | (163,041.17) |
| **Total Equity** | 393,486.23 |
| **TOTAL LIABILITIES & EQUITY** | **654,244.79** |

# EXHIBIT 1

Pa

PM
'/10
ual Basis

# International Funding Association Receivership
## Balance Sheet
### As of August 31, 2010

|  | Aug 31, 10 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1006 · M & I Bank #9621 | (65.90) |
| 1007 · M&I MMA 9346 | 361,982.88 |
| **Total Checking/Savings** | 361,916.98 |
| **Total Current Assets** | 361,916.98 |
| **Fixed Assets** | |
| 1500 · Net Real Estate - 84th Street | 375,000.00 |
| **Total Fixed Assets** | 375,000.00 |
| **TOTAL ASSETS** | **736,916.98** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Long Term Liabilities** | |
| 2500 · Loan - Wachovia - 84th Street | 256,726.84 |
| **Total Long Term Liabilities** | 256,726.84 |
| **Total Liabilities** | 256,726.84 |
| **Equity** | |
| 3000 · Opening Bal Equity | 397,517.95 |
| Net Income | 82,672.19 |
| **Total Equity** | 480,190.14 |
| **TOTAL LIABILITIES & EQUITY** | **736,916.98** |

PM
'/10
ual Basis

# International Funding Association Receivership
## Profit & Loss
### January through December 2009

|  | Jan - Dec 09 |
|---|---:|
| **Income** | |
| 4002 · Funds Rec from Third Party | 220.20 |
| 4010 · Proceeds from Sale of Real Prop | 10,000.00 |
| 4020 · Interest Income | 473.63 |
| **Total Income** | 10,693.83 |
| **Expense** | |
| 6000 · Asset Investigation | |
|   6200 · Attorney's Fees | |
|     6205 · Research Costs | 2,046.93 |
|     6200 · Attorney's Fees - Other | 21,268.00 |
|   Total 6200 · Attorney's Fees | 23,314.93 |
|   6510 · Investigation Expense | |
|     6515 · Outside Service | 807.50 |
|     6510 · Investigation Expense - Other | 9.95 |
|   Total 6510 · Investigation Expense | 817.45 |
|   6800 · Receiver's Fees | |
|     6801 · Accounting | 21,774.39 |
|     6800 · Receiver's Fees - Other | 5,034.43 |
|   Total 6800 · Receiver's Fees | 26,808.82 |
| Total 6000 · Asset Investigation | 50,941.20 |
| 7000 · Administrative Expenses | |
|   7100 · Attorney's Fees | |
|     7102 · Copies & Faxes | 1,075.41 |
|     7103 · Computer Expense | 53.76 |
|     7105 · Postage and Delivery | 267.81 |
|     7110 · Misc. Expense | 1,017.36 |
|     7100 · Attorney's Fees - Other | 7,242.48 |
|   Total 7100 · Attorney's Fees | 9,656.82 |
|   7600 · Receiver's Fees | |
|     7610 · Copies & Faxes | 153.40 |
|     7611 · Postage & Delivery | 48.31 |
|     7616 · Office Supplies | 293.42 |
|     7625 · Receiver's Bond | 100.00 |
|     7691 · Storage Costs | 2,034.18 |
|     7700 · Travel | 28.67 |
|     7720 · Computer Expense | 45.12 |
|     7600 · Receiver's Fees - Other | 1,678.07 |
|   Total 7600 · Receiver's Fees | 4,381.17 |
| Total 7000 · Administrative Expenses | 14,037.99 |
| 8000 · Encumbrances & Direct Expenses | |
|   8120 · 10620 N 84TH ST, SCOTTSDALE AZ | |
|     8121 · Liability Insurance | 3,244.24 |
|     8122 · Utility Expense | 2,458.37 |
|     8123 · Loan Expense | 31,995.59 |
|     8124 · Appraisal Expense | 2,400.00 |
|     8125 · Maintenance of Real Property | 67,050.61 |
|   Total 8120 · 10620 N 84TH ST, SCOTTSDALE AZ | 107,148.81 |
|   8500 · Personal Property Expense | |
|     Landscaping | 350.00 |
|   Total 8500 · Personal Property Expense | 350.00 |
|   8000 · Encumbrances & Direct Expenses - Other | 1,257.00 |
| Total 8000 · Encumbrances & Direct Expenses | 108,755.81 |
| **Total Expense** | 173,735.00 |
| **Net Income** | (163,041.17) |

**EXHIBIT 2**

PM
7/10
ual Basis

# International Funding Association Receivership
## Profit & Loss
January through August 2010

|  | Jan - Aug 10 |
|---|---:|
| **Income** |  |
| 4002.1 · CTFC | 110,765.67 |
| 4020 · Interest Income | 244.59 |
| **Total Income** | **111,010.26** |
| **Expense** |  |
| 7000 · Administrative Expenses |  |
|   7305 · Storage Expense | 467.70 |
|   7600 · Receiver's Fees |  |
|     7691 · Storage Costs | 93.54 |
|   Total 7600 · Receiver's Fees | 93.54 |
| Total 7000 · Administrative Expenses | 561.24 |
| 7304 · Bank Charges | 65.90 |
| 8000 · Encumbrances & Direct Expenses |  |
|   8100 · 3719 E Leonora St, Mesa AZ |  |
|     8108 · Utilities/Maintenance | 943.29 |
|   Total 8100 · 3719 E Leonora St, Mesa AZ | 943.29 |
|   8120 · 10620 N 84TH ST, SCOTTSDALE AZ |  |
|     8121 · Liability Insurance | 3,135.22 |
|     8122 · Utility Expense | 213.35 |
|     8123 · Loan Expense | 21,898.04 |
|     8125 · Maintenance of Real Property | 1,521.03 |
|   Total 8120 · 10620 N 84TH ST, SCOTTSDALE AZ | 26,767.64 |
| Total 8000 · Encumbrances & Direct Expenses | 27,710.93 |
| **Total Expense** | **28,338.07** |
| **Net Income** | **82,672.19** |

# MASTER SERVICE LIST
*SEC v. Ronald Stephen Holt, et al.*
United States District Court for the District of Arizona
CV 03-1825 PHX FJM
(Rev. December 17, 2008)

Lawrence J. Warfield
International Funding
14555 North Scottsdale Road, #340
Scottsdale, AZ 85254
Receiver

Patrick M. Murphy
Guttilla Murphy Anderson, P.C.
City North
5415 E. High St., Suite 200
Phoenix, Arizona 85054
Registered CM/ECF:
pmurphy@gamlaw.com
Counsel for Receiver

Timothy McCole
Securities and Exchange Commission
801 Cherry Street, Suite 1900
Fort Worth, TX 76102
mccolet@sec.gov
Counsel for SEC

Merwin D. Grant
Grant & Vaughn, P.C.
6225 North 24th Street
Suite 125
Phoenix, Arizona 85016
Registered CM/ECF:
grant@phx.law.com
Attorney for Relief Defendant Annette Holt

Ronald Stephen Holt
and International Funding Association,
Leonora Street Trust,
Dover Children's Trust,
Clarendon Avenue Holding Trust
Dublin Holding Trust,
Pacific Central Asset Management,
American Benefit Card Services, Inc.
Ronald Stephen Holt
Central Arizona Detention Center
Detainee Ronald Holt 82642008
1155 N. Pinal Parkway
Florence, Arizona 85232

Robert L. Stanford
Jeffery Williams aka Jeffrey Williams
8415 W. Alex Avenue
Peoria, Arizona 85382.
Relief Defendant

American Assets Limited Trust
c/o Registered Agent
Michael Bloomquist
4410 W. Union Hills #7-233
Glendale, Arizona 85308
Relief Defendant

Mari Ann Alston
305 Nordina Street
Redlands, California 92373
Relief Defendant

James Vaughn
100 South Antietam Place
Tucson, Arizona 85710

Suzanne Ingold
Burch & Cracchiolo, P.A.
702 E. Osborn Rd. #200
P.O. Box 16882
Phoenix, Arizona  85014-5281

Timothy J. Mulreany
Commodity Futures Trading Commission
Division of Enforcement
1155 21st Street, N.W.
Washington, D.C. 20581

Thomas M. Connelly
2425 East Camelback Rd.
Suite 880
Phoenix, Arizona 85016-4208

0835-001(19488)