**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Securities and Exchange Commission, | |
| Plaintiff, | No. CV-03-01825-PHX-PGR |
| vs. | ORDER |
| Ronald Steven Holt, et al., | |
| Defendants. | |

The Receiver having established in his response (Doc. 446) that the Lis Pendens he previously recorded with the Maricopa County Recorder's Office on December 8, 2003 as Document No. 2003-1666139 was officially released in a recording filed on May 21, 2013,

IT IS ORDERED that Brett Pekrul's Motion for Release of Lis Pendens Not Exonerated (Doc. 445) is denied as moot.

DATED this 20th day of June, 2013.

Paul G. Rosenblatt
United States District Judge